Filed in Hall District Court
\*\*\* EFILED \*\*\*
Case Number: D08CR180000709
Transaction ID: 0007582444
Filing Date: 10/10/2018 01:28:05 PM CDT

IN THE DISTRICT COURT OF HALL COUNTY, NEBRASKA
IN AND FOR THE NINTH JUDICIAL DISTRICT

| | |
|---|---|
| STATE OF NEBRASKA, | CR18-709 |
| Complainant, | **INFORMATION** |
| vs. | |
| JASON SPOTANSKI | I. CHILD ABUSE<br>28-707(1)(a) IIIA FO |
| DOB:<br>OLN: H13539801 NE<br>CAU/M | II. CHILD ABUSE<br>28-707(1)(a) IIIA FO |
| | III. DOMESTIC ASSAULT THIRD DEGREE -<br>1ST OFFENSE<br>28-323(1)(ab) I MO |
| Defendant. | |

STATE OF NEBRASKA
                 SS.
COUNTY OF HALL

Be it remembered that MATTHEW C BOYLE, DEPUTY COUNTY ATTORNEY, in and for Hall County, Nebraska, who prosecutes in the name and by the authority of the State of Nebraska, comes here in person into this Court and gives the Court to understand and be informed that said Defendant, in the County of Hall and State of Nebraska, on or about:

COUNT I
May 28, 2018, knowingly and intentionally caused or permitted a minor child to be placed in a situation that endangers his or her life or physical or mental health or deprived him or her of necessary food, clothing, shelter or care, to-wit: B.H., DOB:

COUNT II
May 28, 2018, knowingly and intentionally caused or permitted a minor child to be placed in a situation that endangers his or her life or physical or mental health or deprived him or her of necessary food, clothing, shelter or care, to-wit: E.H., DOB:

COUNT III
May 28, 2018, did intentionally and knowingly cause bodily injury to his or her intimate partner or threatened his or her intimate partner with imminent bodily injury, to-wit: Angela Hardekopf;

contrary to the form of the Statutes in such cases made and provided, and against the peace and dignity of the State of Nebraska.


EXHIBIT A

*[signature]*

MATTHEW C BOYLE, #24132
DEPUTY HALL COUNTY ATTORNEY
231 South Locust Street
Grand Island NE 68801
(308) 385-5150

State of Nebraska
              ss
County of Hall

      MATTHEW C BOYLE, being first duly sworn under oath, deposes and says that he/she is a Deputy County Attorney within and for Hall County, Nebraska, in the Ninth Judicial District of the State of Nebraska, and that the allegations and charges against said Defendant in the within Information are true as he/she verily believes.

*[signature]*

MATTHEW C BOYLE, #24132
DEPUTY HALL COUNTY ATTORNEY

      Filed in the office of the Clerk of the District Court, Hall County, Nebraska on this _____ day of _____, 20____, at the hour of _____.

                                            Clerk of the District Court

State of Nebraska
              ss.
County of Hall

      Received this within writ this _____ day of _____, 20____. I hereby certify that I served the within writ on this _____ day of _____, 20____, on the within-named Defendant by delivering to said Defendant, personally at the hour of _____ o'clock, a true and certified copy of the writ with all endorsements thereon.

                                            County Sheriff

WITNESSES:

OFFICER LORAN CROUCH, GIPD
GRAND ISLAND NE

OFFICER CHRISTOPHER MARCELLO, GIPD
GRAND ISLAND NE

OFFICER RICK EHLERS, GIPD
GRAND ISLAND NE

B. H.
GRAND ISLAND NE

E. H.
GRAND ISLAND NE

ANGELA HARDEKOPF
GRAND ISLAND NE

Defense counsel: JON HENDRICKS

Date Prepared: October 9, 2018
Prepared By: MATTHEW C BOYLE, #24132
Hall County Attorney's Office
231 South Locust Street
Grand Island NE 68801
(308) 385-5150

MB:epw

**DISTRICT COURT ARRGN DATE: October 16, 2018 @ 9:00 AM**

## Certificate of Service

I hereby certify that on Wednesday, October 10, 2018 I provided a true and correct copy of the Information to the following:

Spotanski,Jason, represented by Jonathan Michael Hendricks (Bar Number: 23933) service method: Electronic Service to jhendricks@dowdinglawoffice.com

Signature: /s/ Matthew Boyle (Bar Number: 24132)

IN THE DISTRICT COURT OF HALL COUNTY, NEBRASKA

STATE OF NEBRASKA,

    Plaintiff,

vs.

JASON SPOTANSKI,

    Defendant.

FILED
AUG 2 6 2019
VALORIE BENDIXEN
CLERK OF DISTRICT COURT

Case No. CR 18-709

SENTENCING ORDER: PROBATION

# 118686

ON THIS 26th day of August, 2019, this matter comes on to be heard before the Court for sentencing on:

    **Count I, Child Abuse, a Class I MO, and,**

    **Count II, Child Abuse, a Class I MO, and,**

    **Count III, Domestic Assault 3rd Degree, a Class I MO.**

The State is present through its counsel Matthew Boyle, Deputy County Attorney. The defendant is present with counsel Jon Hendricks, Attorney at Law. Allocution is offered.

**THE COURT FINDS AND ORDERS** that the defendant is a fit candidate for probation and sentences the defendant to a term of probation for **18 months** under the terms and conditions set forth herein. The sentence on each count shall run concurrent to one another. The Court informs defendant that if he or she fails to abide by the terms of



000494857D08

the probation, the probation could be revoked and defendant could be sentenced under the original statute.

The conditions of probation are as follows:

A. Not violate any laws. Refrain from disorderly conduct or acts injurious to others.

B. Shall not associate with persons of disreputable or harmful character or persons who are known by the probationer to be involved in any illegal activities or that are the subject of law enforcement investigations involving illegal activities.

C. Report to the probation officer as directed by the officer.

D. Allow probation officer to visit at all reasonable times and places.

E. Answer all reasonable inquiries concerning personal conduct or conditions asked by probation officer.

F. Reside in Nebraska and not leave the state of Nebraska without written authorization of the probation officer.

G. Not be in possession of a firearm or dangerous weapon if convicted of a felony, or if convicted of any other offense, to possess no firearm or other dangerous weapon unless granted written permission by the Court.

H. Meet all family responsibilities.

I. Be gainfully employed or actively seeking employment.

J. Keep the probation office continually informed of your residential and employment status.

K. Consent to a search of your person and any real estate or personal property, including motor vehicles owned by you or under your possession or control, at any time at the discretion of the probation officer.

L. Pay the costs of this action at rate of $10 per month beginning September 1, 2019.

M. Jail time is imposed as a condition of probation because the Court would otherwise sentence defendant to term of imprisonment instead of probation and that while probation is appropriate, a sentence to county jail as a term of probation is necessary because the seriousness of the crime would be depreciated without such confinement. Defendant shall be confined in the Hall County Department of Corrections for a period of **90 days**. The jail time will be imposed as follows: 7 days beginning August 26, 2019 and the 83 days remaining will commence on August 26, 2020, at 6:00 p.m. The remaining 83 days may be waived by the Probation Office.

N. Pay a probation administrative enrollment fee of $30 on today's date, and in addition, pay a monthly probation programming fee of $25 per month for 18 months for a total of $450. Monthly probation programming fees are due and payable to the Clerk of the District Court on or before the 10th day of each month beginning the 10th day of September, 2019.

O. Pay a fee of $10 for the SAQ completed by the probation office by September 1, 2019.

P. Complete the domestic violence intervention program, and begin the program within 14 days.

Q. Complete the following programs through the probation office and begin the classes within 14 days or as directed by the probation officer:

                Crime Victim Empathy

R. Comply with all doctors' and therapists' orders and take all medications as prescribed.

Work Release is authorized.

The defendant's bond, if any, is released.

BY THE COURT:

*[signature]*

ANDREW C. BUTLER
DISTRICT JUDGE

E Not
HCDC
Prob

# CERTIFICATE OF SERVICE

I, the undersigned, certify that on August 26, 2019, I served a copy of the foregoing document upon the following persons at the addresses given, by mailing by United States Mail, postage prepaid, or via E-mail:

Jonathan M Hendricks
jhendricks@dowdinglawoffice.com

Matthew C Boyle
courtnotices@hallcountyne.gov

Probation-Adult
pattie.yanda@nebraska.gov

Hall County Corrections
CORR_COURT_ADMIN@hallcountyne.gov

Date: August 26, 2019     BY THE COURT: *Valorie Bender*
                                         CLERK

```
           IN THE DISTRICT COURT OF Hall COUNTY, NEBRASKA     Page: 0001
                             Judges Notes                    Date: 08/26/2019

Case ID: CR 18    709   Old Case ID:
 State v. Jason Spotanski
```

For Date: 09/21/2018

    09-21-2018
    Order for cont.

For Date: 10/16/2018

    Luther,Teresa,K.
    Arr.  State by Doering.  Deft with J Hendricks.  Rights explained.
    Deft pleads not guilty to all counts.  PT scheduled 11/19/18 at 9 am,
    Jury session 12/3/18 at 9 am.

For Date: 11/13/2018

    11-13-2018
    Order granting cont.  PT: 1/31/19 at 9, Jury session 2/19/19 at 9.

For Date: 11/16/2018

    11-16-2018
    Order for disc.

For Date: 12/12/2018

    12-12-2018 Luther
    Order for depos.

For Date: 01/31/2019

    01-31-2019
    mt - PT. State by Hinrichs/Defendant by Hendricks. On Defendant's
    motion, matter cont'd to the 3-8-19 @ 9 am PT & the 4-1-19 @ 9 am JURY
    TERM.

For Date: 03/08/2019

    03-08-2019
    mt - PT. On def's motion to continue, matter cont'd to 4/29/19 at 9
    am PT, 6/10/19 at 9 am Jury Term.

    03-08-2019
    mt - Order to cont.

For Date: 03/11/2019

    03-11-2019
    mt - Defendant cont. granted

For Date: 04/29/2019

    04-29-2019
    mt - Pt; set 1 day 6/10/19

```
           IN THE DISTRICT COURT OF Hall COUNTY, NEBRASKA          Page: 0002
                              Judges Notes                         Date: 08/26/2019

Case ID: CR 18    709   Old Case ID:
 State v. Jason Spotanski




For Date: 04/29/2019


For Date: 06/07/2019

       06-07-2019
       a1 - Plea. STate by Medlin. Def with J. Hendricks. Def waives right to
       24 hr serv of Amended Info. Def pleads no contest to:
            Ct I. Child Abuse, I MO
            Ct II. Child Abuse, I MO
            Ct III. Domestic Assault 3rd Deg., I MO
       PSI ordered. Sentencing: 8-26-19 @ 9am.

For Date: 08/26/2019

       08-26-2019
       mt - Sentencing. State by Boyle. Defendant present w/ Jon Hendricks.
       Allocution heard. Defendant is sentenced to:
        Count I: 18 mos probation w/ 90 days of incarceration at the HCDC
        using the following schedule: 7 days beg. 8-26-19 and 83 days
        beginning 8-26-20 at 6:00 p.m.; the 83 days may may be waived by
        Probation.
        Count II: 18 mos probation w/ 90 days of incarceration at the HCDC
        using the following schedule:
        7 days beg. 8-26-19 and 83 days beginning 8-26-20 at 6:00 p.m.; the
        83 days may may be waived by Probation.
        Count III: 18 mos probation w/ 90 days of incarceration at the HCDC
        using the following schedule: 7 days beg. 8-26-19 and 83 days
        beginning 8-26-20 at 6:00 p.m.; the 83 days may may be waived by
        Probation.
       The sentences on each count shall run concurrent to each other.
       Defendant is to pay the costs of this action. Bond released.
```

Filed in Hall District Court
*** EFILED ***
Case Number: D08CR180000709
Transaction ID: 0011924506
Filing Date: 10/19/2020 05:38:55 PM CDT

IN THE DISTRICT COURT OF HALL COUNTY, NEBRASKA
IN AND FOR THE NINTH JUDICIAL DISTRICT

| | | |
|---|---|---|
| STATE OF NEBRASKA, | ) | Case No. CR18-709 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING EARLY |
| vs. | ) | DISCHARGE FROM PROBATION |
| | ) | |
| JASON SPOTANSKI, | ) | |
| | ) | |
| Defendant. | ) | |

Be it remembered that this matter came before the court on the 19th day of October, 2020, on the Defendant's Motion for Early Discharge from Probation, filed herein on September 17th, 2020. The Plaintiff, State of Nebraska, was present by and through its attorney, Matthew Boyle. The Defendant was also present and represented by his counsel, Jon Hendricks. The matter proceeded to a hearing on the Defendant's motion where each party was given an opportunity to present evidence and make argument. In consideration of the evidence presented, and pursuant to Neb. Rev. Stat. §29-2263 and Neb. S. Ct. R. §6-1903, the Court FINDS AND ORDERS AS FOLLOWS:

1. The Defendant's motion for early discharge from probation is granted. The Defendant's probation is hereby terminated, effective immediately.

2. The Court waives any further remaining probation fees currently owed by the Defendant.

IT IS SO ORDERED:

DATED: October 19, 2020

BY THE COURT:

*[signature]*

JUDGE BUTLER
DISTRICT COURT JUDGE

1

**PREPARED BY:**
Jon Hendricks #23933
DOWDING, DOWDING, DOWDING
& URBOM LAW OFFICE
2121 N. Webb Rd., Suite 210
P.O. Box 5315
Grand Island, NE 68802
Telephone: (308) 382-9244

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on October 20, 2020, I served a copy of the foregoing document upon the following persons at the addresses given, by mailing by United States Mail, postage prepaid, or via E-mail:

Jonathan M Hendricks
jhendricks@dowdinglawoffice.com

Matthew C Boyle
courtnotices@hallcountyne.gov

Probation-Adult
nsc.probDIST9@nebraska.gov

Date:   October 20, 2020        BY THE COURT:   *Valorie Benderen*
                                                                CLERK